AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Western District of Pennsylvania |
|---|---|

| DOCKET NO.<br>26-cv-531 | DATE FILED<br>4/1/2026 | 700 Grant Street<br>Pittsburgh, Pennsylvania 15219 |
|---|---|---|

| PLAINTIFF<br>YASMIN KHALIFA | DEFENDANT<br>SCHEDULE A DEFENDANTS |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-450-920 | Mid Century Modern Boomerang seamless pattern wit | Yasmin Khalifa |
| 2 VA 2-450-916 | Mid Century Modern Boomerang seamless pattern wit | Yasmin Khalifa |
| 3 VA 2-450-916 | Cute Summer gnomes with sunglasses holding fruits a | Yasmin Khalifa |
| 4 VA 2-450-865 | Groovy cowgirl boots , hats ,cactus and horseshoe sea | Yasmin Khalifa |
| 5 VA 2-450-847 | Cute valentines day seamless pattern with red boho rai | Yasmin Khalifa |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☑ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 2-450-920 | Mid Century Modern Boomerang seamless pattern wit | Yasmin Khalifa |
| 2 VA 2-450-916 | Mid Century Modern Boomerang seamless pattern wit | Yasmin Khalifa |
| 3 VA 2-450-916 | Cute Summer gnomes with sunglasses holding fruits a | Yasmin Khalifa |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights      2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights      3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

Register of Copyrights

U.S. Copyright Office

101 Independence Ave. S.E.

Washington, D.C. 20559-6000


U.S. District Court for the Western District of Pennsylvania

700 Grant Street

Pittsburgh, Pennsylvania 15219


PLAINTIFF:                                                  DEFENDANT:

YASMIN KHALIFA                                      SCHEDULE A DEFENDANTS


| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 6  VA 2-450-855 | Cute valentines day seamless pattern… | YASMIN KHALIFA |
| 7  VA 2-450-844 | Cute valentines day seamless pattern… | YASMIN KHALIFA |
| 8 VA 2-450-929 | Pickleball paddles seamless pattern… | YASMIN KHALIFA |
| 9 VA 2-450-856 | Fun gingerbread man seamless pattern… | YASMIN KHALIFA |
| 10  VA 2-450-817 | Christmas disco balls seamless pattern… | YASMIN KHALIFA |
| 11 VA 2-450-815 | Checkered terracotta sun… | YASMIN KHALIFA |
| 12 VA 2-450-861 | Geometric minimal Scandinavian… | YASMIN KHALIFA |
| 13 VA 2-450-932 | Retro cowgirl hats… | YASMIN KHALIFA |
| 14 VA 2-450-914 | Mid century colorful starbursts… | YASMIN KHALIFA |
| 15 VA 2-450-910 | Halloween scary ghosts… | YASMIN KHALIFA |
| 16 VA 2-450-934 | Simple pickle ball paddle… | YASMIN KHALIFA |
| 17 VA 2-450-923 | Mid century modern optical… | YASMIN KHALIFA |


In the above-entitled case, the following copyright(s) have been included:

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|

REGISTRATION NO.

| 4 VA 2-450-865 | Groovy cowgirl boots… | YASMIN KHALIFA |
| 5 VA 2-450-847 | Cute valentines day seamless pattern… | YASMIN KHALIFA |
| 6 VA 2-450-855 | Cute valentines day seamless pattern… | YASMIN KHALIFA |
| 7  VA 2-450-844 | Cute valentines day seamless pattern… | YASMIN KHALIFA |
| 8 VA 2-450-929 | Pickleball paddles seamless pattern… | YASMIN KHALIFA |
| 9 VA 2-450-856 | Fun gingerbread man seamless pattern… | YASMIN KHALIFA |
| 10 VA 2-450-817 | Christmas disco balls seamless pattern… | YASMIN KHALIFA |
| 11 VA 2-450-815 | Checkered terracotta sun… | YASMIN KHALIFA |
| 12 VA 2-450-861 | Geometric minimal Scandinavian… | YASMIN KHALIFA |
| 13 VA 2-450-932 | Retro cowgirl hats… | YASMIN KHALIFA |
| 14 VA 2-450-914 | Mid century colorful starbursts… | YASMIN KHALIFA |
| 15 VA 2-450-910 | Halloween scary ghosts… | YASMIN KHALIFA |
| 16 VA 2-450-934 | Simple pickle ball paddle… | YASMIN KHALIFA |
| 17 VA 2-450-923 | Mid century modern optical… | YASMIN KHALIFA |