IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YASMIN KHALIFA,

                Plaintiff,                Civil Action No. 26-cv-531

v.

SCHEDULE A DEFENDANTS,

                Defendants.

**MOTION FOR 1) TEMPORARY RESTRAINING ORDER, 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS, 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

        Plaintiff now moves this Court for an Order granting: 1) a temporary restraining order, 2) an order restraining assets and merchant storefronts, 3) an order to show cause why a preliminary injunction should not issue, and 4) an order authorizing expedited discovery against the Defendants identified on Schedule "A" to the Complaint.  Plaintiff is concurrently filing a Motion to File Under Seal, and if that is granted, Plaintiff will then file the papers supporting this Motion and a proposed Order under seal.

                Respectfully submitted,

Dated: April 1, 2026              /s/ Stanley D. Ference III
                                Stanley D. Ference III
                                Pa. ID No. 59899
                                courts@ferencelaw.com

                                FERENCE & ASSOCIATES LLC
                                409 Broad Street
                                Pittsburgh, Pennsylvania 15143
                                (412) 741-8400 – Telephone
                                (412) 741-9292 – Facsimile

                                Attorneys for Plaintiff