# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-920

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title
___

**Title of Work:** Mid Century Modern Boomerang seamless pattern with atomic retro stars in orange, teal, green, pink and yellow

## Completion/Publication
___

**Year of Completion:** 2023
**Date of 1st Publication:** March 13, 2023
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
___

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
___

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
___

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070118

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-916

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Mid Century Modern Boomerang seamless pattern with atomic retro starbursts in orange, red, pink and yellow on white background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 24, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yasmin Khalifa |
| **Pseudonym:** | Yasmine Patterns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Egypt |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yasmin Khalifa |
| | 35 gool gamal street, Aguoza, 12654, Egypt |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yasmin Khalifa |
| **Email:** | yasminewriter@gmail.com |
| **Address:** | 35 gool gamal street |
| | Aguoza 12654 Egypt |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070117

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-828

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

        **Title of Work:** Cute Summer gnomes with sunglasses holding fruits and palm tropical leaves seamless pattern

## Completion/Publication
_____

        **Year of Completion:** 2022
        **Date of 1st Publication:** June 06, 2022
        **Nation of 1st Publication:** United States

## Author
_____

-         **Author:** Yasmin Khalifa
        **Pseudonym:** Yasmine Patterns
        **Author Created:** 2-D artwork
        **Citizen of:** Egypt

## Copyright Claimant
_____

        **Copyright Claimant:** Yasmin Khalifa
        35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

        **Name:** Yasmin Khalifa
        **Email:** yasminewriter@gmail.com
        **Address:** 35 gool gamal street
        Aguoza 12654 Egypt

## Certification
_____

        **Name:** David Denholm

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070107

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-865

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title
_____

**Title of Work:** Groovy cowgirl boots , hats ,cactus and horseshoe seamless pattern in peach fuzz, orange and pink with retro flowers and stars

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** December 28, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070114

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-847

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Cute valentines day seamless pattern with red boho rainbows , gnomes and hearts with arrows on plush pink background

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** January 08, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070110

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-855

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Cute valentines day seamless pattern with red boho rainbows , gnomes and hearts with arrows on plush pink background.

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** January 05, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070111

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-844

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Cute valentines day seamless pattern with pink boho rainbows , gnomes and hearts with arrows on plush pink background

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 10, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070109

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-929

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Pickleball paddles seamless pattern with tropical leaves, palm trees and balls

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm
**Date:** July 01, 2025

**Applicant's Tracking Number:**  YK2025070121

**Correspondence:**  Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-856

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title
───────────────────────────

**Title of Work:** Fun gingerbread man seamless pattern in different expressions with snow on red background

## Completion/Publication
───────────────────────────

**Year of Completion:** 2021
**Date of 1st Publication:** November 25, 2021
**Nation of 1st Publication:** United States

## Author
───────────────────────────

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
───────────────────────────

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
───────────────────────────

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
───────────────────────────

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070112

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-817

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Christmas disco balls seamless pattern with Santa hats, snowflakes and starbursts in red and pink

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** September 26, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070103



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-815

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title

**Title of Work:** Checkered terracotta sun and boho moon seamless pattern

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 11, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm
**Date:** July 01, 2025

Page 1 of 2

**Applicant's Tracking Number:**   YK2025070102



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-861

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Geometric minimal Scandinavian Christmas trees seamless pattern with
snowflakes and stars in green, red and pink on white background

## Completion/Publication
_____

**Year of Completion:** 2023
**Date of 1st Publication:** August 27, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070113



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-932

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
 

**Title of Work:** Retro cowgirl hats on groovy pink disco balls seamless pattern with stars.

## Completion/Publication
 

**Year of Completion:** 2024
**Date of 1st Publication:** January 05, 2024
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
 

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
 

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
 

**Name:** David Denholm
**Date:** July 01, 2025

Page 1 of 2

**Applicant's Tracking Number:** YK2025070123

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-914

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Mid century colorful starbursts on ogee shapes seamless pattern.

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 23, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm
**Date:** July 01, 2025

Page 1 of 2

**Applicant's Tracking Number:**   YK2025070116

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-910

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title
_____

| | |
|---|---|
| **Title of Work:** | Halloween scary ghosts seamless pattern on warped checkerboards in pink, orange and purple |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | August 01, 2024 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Yasmin Khalifa |
| **Pseudonym:** | Yasmine Patterns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Egypt |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Yasmin Khalifa<br>35 gool gamal street, Aguoza, 12654, Egypt |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Yasmin Khalifa |
| **Email:** | yasminewriter@gmail.com |
| **Address:** | 35 gool gamal street<br>Aguoza 12654 Egypt |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070115

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-934

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Simple pickle ball paddle seamless pattern with little hearts |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 05, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yasmin Khalifa |
| **Pseudonym:** | Yasmine Patterns |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Egypt |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yasmin Khalifa |
| | 35 gool gamal street, Aguoza, 12654, Egypt |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yasmin Khalifa |
| **Email:** | yasminewriter@gmail.com |
| **Address:** | 35 gool gamal street |
| | Aguoza 12654 Egypt |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 01, 2025 |

**Applicant's Tracking Number:** YK2025070124

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-923

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Mid century modern optical half circles seamless pattern in brunt orange, teal , red, black and white

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** August 09, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070119

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-827

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:**  Cute Mushrooms on white and red checkered squares seamless pattern

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** October 14, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:**  Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm
**Date:** July 01, 2025

Page 1 of 2

Applicant's Tracking Number:   YK2025070106



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-825

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Cute Christmas gnomes holding presents, candy and ornaments with Christmas trees and snowflakes over dark blue background

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** November 06, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070105



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-450-824

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Colorful Christmas Lights with strings and snowflakes seamless pattern in red, green, blue and yellow

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 04, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070104



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-931

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Pink boho rainbow seamless pattern with boho moon , leaves and stars in fuchsia on plush pink background.

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 24, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070122

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-841

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:** Cute Thanksgiving gnomes seamless pattern holding pumpkins with autumn leaves on light brown background

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** September 04, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant
_____

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:** David Denholm

Page 1 of 2

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070108

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-935

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

---

## Title
_____

**Title of Work:**  Beautiful maple leaves on orange and yellow checkerboards seamless pattern

## Completion/Publication
_____

**Year of Completion:**  2022
**Date of 1st Publication:**  August 20, 2022
**Nation of 1st Publication:**  United States

## Author
_____

- **Author:**  Yasmin Khalifa
  **Pseudonym:**  Yasmine Patterns
  **Author Created:**  2-D artwork
  **Citizen of:**  Egypt

## Copyright Claimant
_____

**Copyright Claimant:**  Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions
_____

**Name:**  Yasmin Khalifa
**Email:**  yasminewriter@gmail.com
**Address:**  35 gool gamal street
Aguoza 12654 Egypt

## Certification
_____

**Name:**  David Denholm
**Date:**  July 01, 2025

Page 1 of 2

**Applicant's Tracking Number:** YK2025070101

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-450-927

**Effective Date of Registration:**
July 01, 2025
**Registration Decision Date:**
July 01, 2025

## Title

**Title of Work:** Minimalist pink and red Christmas trees seamless pattern with stars and snowflakes on light background.

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 04, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Yasmin Khalifa
  **Pseudonym:** Yasmine Patterns
  **Author Created:** 2-D artwork
  **Citizen of:** Egypt

## Copyright Claimant

**Copyright Claimant:** Yasmin Khalifa
35 gool gamal street, Aguoza, 12654, Egypt

## Rights and Permissions

**Name:** Yasmin Khalifa
**Email:** yasminewriter@gmail.com
**Address:** 35 gool gamal street
Aguoza 12654 Egypt

## Certification

**Name:** David Denholm

**Date:** July 01, 2025
**Applicant's Tracking Number:** YK2025070120

**Correspondence:** Yes

