COPYRIGHT

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:26-cv-00531-MJH

KHALIFA v. SCHEDULE A DEFENDANTS
Assigned to: Judge Marilyn J. Horan
Cause: 17:101 Copyright Infringement

Date Filed: 04/01/2026
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**YASMIN KHALIFA**

represented by **Stanley D. Ference , III**
Ference & Associates
409 Broad Street
Pittsburgh, PA 15143
(412) 741-8400
Email: courts@ferencelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHEDULE A DEFENDANTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2026 | 1 | **COMPLAINT** against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, Receipt Number APAWDC-9472909), filed by YASMIN KHALIFA. (Attachments: # 1 Exhibit Registration, # 2 Exhibit Combatting Trafficking and Counterfeit, # 3 Exhibit Intellectual Property Rights, # 4 Civil Cover Sheet) (Ference, Stanley) Modified text to add receipt number on 4/1/2026. (keh) (Entered: 04/01/2026) |
| 04/01/2026 | 2 | Disclosure Statement by YASMIN KHALIFA. (Ference, Stanley) (Entered: 04/01/2026) |
| 04/01/2026 | 3 | AO 121 NOTICE by YASMIN KHALIFA (Ference, Stanley) (Entered: 04/01/2026) |
| 04/01/2026 | 4 | MOTION for Temporary Restraining Order , MOTION Order Restraining Assets and Merchant Storefronts , MOTION to Expedite, MOTION for Order to Show Cause by YASMIN KHALIFA. (Ference, Stanley) (Entered: 04/01/2026) |
| 04/01/2026 | 5 | MOTION for Leave to File Documents Under Seal by YASMIN KHALIFA. (Attachments: # 1 Proposed Order) (Ference, Stanley) (Entered: 04/01/2026) |
| 04/02/2026 | | Judge Marilyn J. Horan added. (keh) (Entered: 04/02/2026) |
| 04/02/2026 | 6 | COPYRIGHT DOCUMENTS ISSUED. Emailed copy of Transmittal Letter, AO 121 Form, Complaint, Exhibits and Docket Sheet to the Register of Copyrights. (keh) (Entered: 04/02/2026) |